THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER ROSOF, Appellant.— Judgment of the Court of Special Sessions of the City of New York,

Borough of Brooklyn [County of Kings], convicting the defendant of the crime of practicing dentistry without lawful authorization, and order disallowing demurrer, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.